DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  1:06CR594 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Demetrius Crawford | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

  The defendant and his counsel, Timothy Ivey  appeared before this Court on July 1, 2011.  A report and recommendation was filed on  June 22, 2011.  (See docket #1338).  The Court adopts the report and recommendation of Magistrate Judge Nancy Vecchiarelli and finds the defendant in violation of his terms and conditions of supervised release.

  IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of two (2) months with credit for time already served in custody.   Upon release from confinement the term of supervised release will continue.

  IT IS SO ORDERED.

| | |
|---|---|
|  July 1, 2011 | */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |